DATE:  March 3, 2026

       The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  *Ronald Lee Manley*
    v. *Commonwealth of Virginia*
    Record No. 1735-23-1
    Opinion rendered by Judge AtLee on
    December 16, 2025

2.  *Diego Claramunt*
    v. *Commonwealth of Virginia*
    Record No. 1731-23-1
    En banc opinion rendered by Judge AtLee on
    December 30, 2025

3.  *Cory Bigsby, s/k/a Cory Jamar Bigsby*
    v. *Commonwealth of Virginia*
    Record No. 1122-24-1
    Opinion rendered by Senior Judge Humphreys on
    December 30, 2025

4.  *Jaeyoung Lee*
    v. *Commonwealth of Virginia*
    Record No. 0547-24-4
    Opinion rendered by Judge Athey on
    January 13, 2026

5.  *Dean Anton Vitasek*
    v. *Commonwealth of Virginia*
    Record No. 1992-24-1
    Opinion rendered by Chief Judge Decker on
    January 13, 2026

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *A.A., et al.*
    v. *J.M., et al.*
    Record No. 0876-23-2
    Opinion rendered by Judge Ortiz
      on July 16, 2024
    Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
      on February 12, 2026
    (240707)

2. *J.M., et al.*
    v. *A.A., et al.*
    Record No. 0953-23-2
    Opinion rendered by Judge Ortiz
      on July 16, 2024
    Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
      on February 12, 2026
    (240707)

3. *J.M., et al.*
    v. *A.A., et al.*
    Record No. 1855-22-2
    Opinion rendered by Judge Ortiz
      on July 16, 2024
    Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
      on February 12, 2026
    (240707)

4. *J.M., et al.*
    v. *A.A., et al.*
    Record No. 0940-23-2
    Opinion rendered by Judge Ortiz
      on July 16, 2024
    Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
      on February 12, 2026
    (240707)

5. *Matthew Keil*
    v. *Jim O' Sullivan, in his official capacity as*
    *Sheriff of the City of Chesapeake, Virginia*
    Record No. 1621-23-1
    Opinion rendered by Judge Lorish
      on August 27, 2024
    Judgment of Court of Appeals affirmed in part, reversed in part, and remanded
      by opinion rendered on February 12, 2026
    (240824)

6. *Devin J. Garofalo*
   v. *Jayne W. Di Vincenzo*
   Record No. 1303-23-2
   Opinion rendered by Judge Causey
     On December 30, 2024
   Judgment of Court of Appeals affirmed and remanded by opinion rendered
     on February 26, 2026
     (250094)

7. *Evan Patrick Bennett*
   v. *Commonwealth of Virginia*
   Record No. 0453-24-2
   Opinion rendered by Chief Judge Decker
     on May 13, 2025
   Refused (250615)

8. *James Kelvin Johnson*
   v. *Commonwealth of Virginia*
   Record No. 0425-24-4
   Opinion rendered by Judge Raphael
     on July 8, 2025
   Refused (250716)

9. *Monica Drasovean*
   v. *Steven Walts, et al.*
   Record No. 0259-23-4
   Opinion rendered by Judge Callins
     on July 15, 2025
   Refused (250747)

10. *Robert Harrison Flint*
    v. *Commonwealth of Virginia*
    Record No. 0860-24-2
    Opinion rendered by Judge O'Brien
      on July 22, 2025
    Refused (250771)

11. *Oak Valley Homeowners Association, Inc., et al.*
    v. *Prince William County Board of Supervisors*
    Record No. 1144-24-4
    Opinion rendered by Judge Raphael
      on July 22, 2025
    Refused (250772)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. *William Eldred Norwood*
   *v. Commonwealth of Virginia*
   Record No. 1741-23-3
   Memorandum opinion rendered by Judge Frucci on November 12, 2024
   Judgment of Court of Appeals affirmed by published order issued on
    on February 12, 2026
   (241067)